**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

SRP ENVIRONMENTAL CO.                          CIVIL ACTION NO. 23-1475

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

CLAREMONT PROPERTY CO.                          MAGISTRATE JUDGE HORNSBY

**ORDER**

Before the Court is Plaintiff SRP Environmental, LLC's ("SRP") Motion in Limine to Prevent Testimony from Not Properly Disclosed Witnesses, Jamie Rozack ("Rozack") and Thomas Gormley ("Gormley"). See Record Document 294. Defendant Claremont Property Company ("Claremont") opposed the motion. See Record Document 307.

Claremont has listed Rozack and Gormley as may call witnesses in the Joint Witness List. See Record Document 350. SRP submits Rozack and Gormley should be excluded as expert and/or lay witnesses in this matter because they were not properly disclosed as witnesses by the Court's scheduling order deadlines. See Record Document 294. In response, Claremont states that it does not plan to call Rozack or Gormley as witnesses in this matter unless they are needed to "facilitate the introduction of expert evidence" or "as rebuttal witness depending upon the testimony or evidence presented by [SRP] at trial." Record Document 307 at 2, 4.

Claremont retained Michael Eddings ("Eddings") of JS Held as its expert. Eddings was assisted by Rozack and Gormley. Rozack was specifically referenced in this Court's Memorandum Order of May 22, 2026. See Record Document 332. In that Memorandum Order, this Court struck Rozack's declaration on the ground that her work was not

disclosed in Eddings' original expert report.  See id. at 5.  Additionally, Eddings' testimony was limited to the four corners of his expert report as initially disclosed.  See id. at 6.

Here, in light of Claremont's statement that is does not intend to call Rozack or Gormley at trial, the instant motion is **DENIED WITHOUT PREJUDICE**.  At trial, if Claremont seeks to call Rozack and/or Gormley to facilitate the introduction of expert evidence or as rebuttal witnesses, then SRP is free to reurge its Motion in Limine this motion at that time.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 16th day of June, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE